Judgment and order affirmed, with costs. Order filed.

In re BARNES. (Supreme Court, Appellate Division, Fourth Department. March 3, 1915.) In the matter of the application of Maria C. Barnes as to change of grade of a street in the village of Cuba, N. Y.

PER CURIAM. Judgment affirmed, with costs.

FOOTE, J., dissents, upon the ground that the state, and not the village, is chargeable with the maintenance of the highway in question, and, as the statute imposes the liability for change of grade only upon the municipality chargeable with maintenance, the village in this case is not liable.

BARNES, Respondent, v. ANDERSON, Appellant. (Supreme Court, Appellate Division, Third Department. January 15, 1915.) Action by William Barnes against William H. Anderson. No opinion. Motion denied. See, also, 150 N. Y. Supp. 1076.

BARNES, Respondent, v. HAGAR et al., appellants. (Supreme Court, Appellate Division, Third Department. January 6, 1915.) Action by Mary Weaver Barnes against Alice G. Hagar and another. No opinion. Judgment (148 N. Y. Supp. 395) unanimously affirmed, with costs.

BARNETT, Respondent, v. BRADLEY CONTRACTING CO., Appellant. (Supreme Court, Appellate Division, Second Department. February 11, 1915.) Action by Simon Barnett, as administrator, etc., against the Bradley Contracting Company. No opinion. Judgment and order unanimously affirmed, with costs.

BARRANGER, Appellant, v. JAMES BUTLER, INC., Respondent. (Supreme Court, Appellate Division, First Department. February 19, 1915.) Action by Retta H. Barranger against James Butler, Incorporated. S. H. Wandell, of New York City, for appellant. J. H. Rogan, of New York City, for respondent. No opinion. Orders affirmed, with costs. Order filed.

BARRETT, Respondent, v. BUFFALO GENERAL ELECTRIC CO., Appellant. (Supreme Court, Appellate Division, Fourth Department. January 20, 1915.) Action by Hugh Barrett against the Buffalo General Electric Company. No opinion. Motion for leave to appeal (from 150 N. Y. Supp. 1076) to Court of Appeals denied, with $10 costs.

BARRETT v. SELWYN. (Supreme Court, Appellate Division, First Department. January 15, 1915.) Action by Minnette Barrett against Archibald Selwyn. No opinion. Application denied, with $10 costs. Order signed.

BARUCH v. BUCKLEY. (Supreme Court, Appellate Division, First Department. January 15, 1915.) Action by Hartwig N. Baruch against Richard W. Buckley. No opinion. Motion granted, unless appellant complies with terms stated in order. Order filed.

BATHRICK v. RED HOOK LIGHT & POWER CO. et al. (Supreme Court, Appellate Division, Third Department. January 15, 1915.) Action by Helena Bathrick, as administratrix, etc., of Archie Bathrick, deceased, against the Red Hook Light & Power Company and another. No opinion. Motion granted. See, also, 149 N. Y. Supp. 1070.

BATTERSON v. RAYMOND et al. (Supreme Court, Appellate Division, First Department. January 29, 1915.) Action by James G. Batterson against Harry Raymond and others. R. Wolf, of New York City, for appellants. W. P. Maloney, of New York City, for respondent. No opinion. Order reversed, with $10 costs and disbursements, and motion denied, with $10 costs. Order filed. See, also, 150 N. Y. Supp. 1076.

BATTLE ISLAND PAPER CO., Respondent, v. PACIFIC COAST CASUALTY CO., Appellant. (Supreme Court, Appellate Division, Fourth Department. January 20, 1915.) Action by the Battle Island Paper Co against the Pacific Coast Casualty Co No opinion. Judgment and order affirme costs.

BEADLE, Respondent, v. HOLB CABOT & ROLLINS, Appellant. (Su Court, Appellate Division, Second Departme. December 24, 1914.) Action by James Beadle against Holbrook, Cabot & Rollins, a corporation. No opinion. Motion denied. See, also, 160 App. Div. 464, 150 N. Y. Supp. 203.

In re BEALS' ESTATE. (Supreme Court, Appellate Division, Second Department. February 19, 1915.) In the matter of the appraisal of the estate of William R. Beals, deceased, under the act relating to taxable transfers of property. No opinion. Order of the Surrogate's Court of Orange County affirmed, with $10 costs and disbursements.

In re BEARDSLEY'S ESTATE. (Supreme Court, Appellate Division, Fourth Department. March 3, 1915.) In the matter of the estate of Arthur M. Beardsley, deceased.

PER CURIAM. The fifth finding of fact contained in the decision is disapproved and stricken out, and in lieu thereof the second finding of fact requested by appellant is found by this court, and the first conclusion of law is modified accordingly. Decree modified, by surcharging the account by disallowing the item of $27.19 allowed as interest, and, as so modified, the decree is affirmed, with costs to the respondent.

In re BEARE. (Supreme Court, Appellate Division, First Department. February 19, 1915.) In the matter of Clifford L. Beare. No opinion. Application granted. Settle order on